1

2

3

4

5            UNITED STATES DISTRICT COURT

6            EASTERN DISTRICT OF WASHINGTON

7  WESTERN CONFERENCE OF
   TEAMSTERS PENSION TRUST          NO:  12-CV-0677-TOR
8  FUND,
                                    ORDER OF DISMISSAL WITH
9                  Plaintiff,        PREJUDICE

10       v.

11 RUTH REYES and ELI GROSS,

12                Defendants.

13        BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No.

14 13).[1]  Pursuant to the parties' stipulation, the Court will dismiss this case with

15

16

   _____

17 [1] On March 20, 2013, the Court dismissed Plaintiff Western Conference of

18 Teamsters Pension Trust Fund from this action and directed it to deposit the death

19 benefit of the subject pension plan, plus accrued interest, into the Court Registry.

20 ECF No. 8.  The record does not reflect that these funds were ever deposited.

   ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1 | prejudice and without costs or attorney's fees to any party.  Fed. R. Civ. P.

2 | 41(a)(1)(A)(ii).

3 | **IT IS HEREBY ORDERED**:

4 |   Pursuant to the parties' Stipulation for Dismissal (ECF No. 13), all claims

5 | and causes of action in this matter are **DISMISSED** with prejudice and without

6 | costs or fees to any party.

7 |   The District Court Executive is hereby directed to enter this Order, furnish

8 | copies to counsel and Mr. Gross at his address of record, and **CLOSE** the file.

9 |   **DATED** January 10, 2014.

10 | 

11 |      THOMAS O. RICE

     United States District Judge

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

ORDER OF DISMISSAL WITH PREJUDICE ~ 2